```
1  ROBERT T. LANE    SBN 120616
   JOHN J. GULINO    SBN 160189
2  LANE & GULINO
   8180 East Kaiser Blvd., Suite 100
3  Anaheim Hills, California 92808
   (714) 282-2432
4  FAX (714) 283-9073
5
   Attorneys for Plaintiff,
6  KINECTA FEDERAL CREDIT UNION
   FKA HUGHES AIRCRAFT EFCU
7
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| KINECTA FEDERAL CREDIT UNION FKA HUGHES AIRCRAFT EFCU | Case No. 13-CV-00135-FMO-DTB |
| | HONORABLE FERNANDO M. OLGUIN |
| Plaintiff, | |
| vs. | **ORDER ON STIPULATION TO REMAND TO STATE COURT** |
| CATALINA LOAISIGA; DOES 1 to 10 Inclusive, | |
| Defendants. | |

ORDER ON STIPULATION FOR REMAND

The Parties having entered into a Stipulation to Remand this Action to the San Bernardino County Superior Court, and good cause appearing therefor:

/ / / /

/ / / /

-2-

1  IT IS ORDERED:

2      That this matter shall be forthwith REMANDED to the San
3  Bernardino County Superior court, Rancho Cucamonga District.

4

5  DATED: April 24, 2013                    /s/
                                   ─────────────────────────────────
                                   FERNANDO M. OLGUIN,
6                                  United States District Court Judge

## DECLARATION OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Robert T. Lane, am employed in the aforesaid County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 8180 East Kaiser Boulevard, Suite 100, Anaheim Hills, California 92808.

On April 22, 2013, I served the foregoing document described as **ORDER ON STIPULATION TO REMAND TO STATE COURT** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope addressed as follows:

Catalina Loaisiga
990 West 25th Street
Upland, California 91784

I caused such envelope with postage thereon fully paid to be placed in the United States mail at Anaheim Hills, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U. S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare, under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

EXECUTED April 22, 2013, Anaheim Hills, California.

                                              s/ Robert T. Lane
                                              ROBERT T. LANE